IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASA de MARYLAND, INC., ET AL | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Action No. GJH-18-cv-845 |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. | * | |
| Defendant(s) | * | |

******

## ORDER

This matter is before the Courts on Plaintiffs' Motion for Entry of Proposed Scheduling Order. Having considered the motion and found it supported by good cause, the Court herby adopts the following schedule:

| | |
|---|---|
| February 15, 2019: | Defendants' production of the administrative record and the documents produced through discovery in *Ramos v. Nielsen*, No. 18-cv-1554 (N.D. Cal.), *Saget v. Trump*, No. 18-cv-1599 (E.D.N.Y), and *Centro Presente v. Dep't of Homeland Security*, No. 18-cv-10340 (D.Mass.) |
| February 22, 2019: | Plaintiffs' serve first set discovery requests |
| May 17, 2019: | Close of discovery |
| May 31, 2019: | Plaintiffs' motion for summary judgment |
| June 21, 2019: | Defendants' opposition to Plaintiffs' motion/cross-motion for summary judgment |
| July 12, 2019: | Plaintiffs' opposition to Defendants' cross-motion/reply in |

U.S. District Court (Rev. 9/20/2004)

|  |  |
|---|---|
|  | support of plaintiffs' motion |
| July 26, 2019: | Defendants' reply in support of their cross-motion |
| August 9, 2019 at 9:30am: | Motion hearing |

**So Ordered,**

Date: February 8, 2019

_____/s/_____

George J. Hazel
United States District Judge