IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASA, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> Defendants. | Civ. Action No. 8:18-cv-00845-PJM |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs CASA, Inc., Jose E. Guevara, Juan Rodriguez, and Luis Andrade, and Defendants Joseph R. Biden, Jr., in his official capacity as President of the United States, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, and the U.S. Department of Homeland Security, by and through undersigned counsel, hereby stipulate to dismissal of this action without prejudice and with each party bearing its own costs, attorneys' fees, and expenses.

Dated: December 1, 2023

Respectfully submitted,

*/s/* Anthony T. Pierce
Anthony T. Pierce (D. Md. 13321)
Steven Schulman (D. Md. 17144)
Caroline L. Wolverton (admitted *pro hac vice*)
Jillie B. Richards (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000

*/s/* Dennis A. Corkery
Dennis A. Corkery (D. Md. 19076)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W.
Washington, D.C. 20005
(202) 319-1000

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/* Christopher M. Lynch
Christopher M. Lynch
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, D.C. 20005
(202) 353-4537

*Counsel for Defendants*

2